# Order

Michigan Supreme Court
Lansing, Michigan

September 12, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

155611 & (12)

PEOPLE OF THE STATE OF MICHIGAN,
         Plaintiff-Appellee,

v

WILLIAM JESSIE BROWN,
         Defendant-Appellant.

SC: 155611
COA: 336630
Berrien CC: 2011-000777-FC

_____/

On order of the Court, the application for leave to appeal the February 17, 2017 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court. The motion to remand is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 12, 2018



d0905

Clerk